IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROGER JAMES ZORN, SR.,   )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>SHOMARIO FIGURES,        )<br>                          )<br>     Defendant.          ) | CIVIL ACTION NO.<br>2:25cv331-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 12 and Doc. 13) are overruled.

(2) Plaintiff's motion to transfer (Doc. 13) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 11) is adopted to the extent set forth in the opinion.

(4) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and/or 28

U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and for failure to plead a basis for subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of August, 2025.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE